AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

Comcast of SNE, Inc.

V.

Peter Grant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 - 11458 RCL

TO: (Name and address of Defendant)

Peter Grant
20 Woodland Drive
Unit 377
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within ___ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

_____   DATE   July 11 2005

CLERK

Marie Asinovski

(By) DEPUTY CLERK



AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

July 19, 2005

I hereby certify and return that on 7/19/2005 at 1:19PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of PETER GRANT, , 20 WOODLAND Drive UNIT 377 Lowell, MA 01852 and by mailing 1st class to the above address on 7/19/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($0.90), Postage and Handling ($3.00), Travel ($16.00) Total Charges $49.90

*arthur Santos*

**Deputy Sheriff**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.