UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF SOUTHERN NEW ENGLAND

V.  CIVIL ACTION NO. 05-11458-RCL

PETER GRANT

## NOTICE OF DEFAULT

For failure of the defendant, **Peter Grant** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 20th day of September, 2005.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
Deputy Clerk

September 20, 2005