UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF SOUTHERN NEW ENGLAND,**
    **Plaintiff**

V.                                              CIVIL ACTION NO. 05-11458-RCL

**PETER GRANT,**
    **Defendant**

## PROCEDURAL ORDER ON DEFAULT

**LINDSAY, D.J.**

On <u>September 20, 2005</u>, notice of default was issued as to defendant <u>Peter Grant</u> pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default (including a proposed form of judgment by default), it shall do so on or before <u>December 21, 2005</u>. Failure to do so may result in dismissal.

December 5, 2005                          By the Court,

                                                      /s/ Lisa M. Hourihan

                                                    Deputy Clerk