RECEIVED JAN 2 5 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of SNE, Inc.

V.

Peter Grant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Peter Grant
6 Quail Ridge
Concord, NH 03301-8425

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                     12/12/2005

CLERK                                  DATE

(By) DEPUTY CLERK

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK


02/01/2006


    I Deputy MARK J LOOMIS being first duly sworn, depose and say that I am a duly appointed and qualified Deputy Sheriff in and for the County of Merrimack, State of New Hampshire and that I am authorized to serve civil process by the laws of the State of New Hampshire. On 02/01/2006  I completed service of the within Complaint upon PETER GRANT by giving in hand to same at 1:27pm.

FEES

| | |
|---|---|
| Service: | 15.00 |
| Misc.: | |
|     Postage | 1.00 |
|     Travel | 0.00 |
|     Notary | 5.00 |
| TOTAL: | 21.00 |

_____, Deputy Sheriff
Deputy MARK J LOOMIS

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

    Subscribed and sworn to before me on 02/01/2006, and hereby certify that under the laws of the State of New Hampshire, I am authorized to administer oaths.

_____
Justice of the Peace

STACEY M. COURSER
Justice of the Peace - New Hampshire
My Commission Expires October 5, 2010

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

02/01/2006

    I Deputy MARK J LOOMIS being first duly sworn, depose and say that I am a duly appointed and qualified Deputy Sheriff in and for the County of Merrimack, State of New Hampshire and that I am authorized to serve civil process by the laws of the State of New Hampshire. On 02/01/2006 I completed service of the within Summons upon PETER GRANT by giving in hand to same at 1:27pm.

FEES

| | |
|---|---|
| Service: | 15.00 |
| Misc.: | |
|   Postage | 1.00 |
|   Travel | 2.00 |
|   Notary | 5.00 |
| TOTAL: | 23.00 |

_____, Deputy Sheriff
Deputy MARK J LOOMIS

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

    Subscribed and sworn to before me on 02/01/2006, and hereby certify that under the laws of the State of New Hampshire, I am authorized to administer oaths.

_____
Justice of the Peace

STACEY M. COURSER
Justice of the Peace - New Hampshire
My Commission Expires October 5, 2010