UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF SOUTHERN**
**NEW ENGLAND, INC.**

**V.**                                                                                           **CIVIL ACTION NO. 05-11458-RCL**

**PETER GRANT**

## NOTICE OF DEFAULT

For failure of the defendant, **Peter Grant** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 22nd day of June, 2006.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
June 22, 2006                         Deputy Clerk