**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Southern New England, Inc.**  ) | Case No.: 1:05-cv-11458-RCL |
| ) | |
| Plaintiff,  ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.  ) | **WITH PREJUDICE** |
| ) | |
| **Peter Grant**  ) | |
| ) | |
| Defendant  ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

                         Respectfully Submitted for the Plaintiff,
                         Comcast of Southern New England, Inc.
                         By Its Attorney,

2/28/2006                    /s/ John M. Mclaughlin
Date                         John M. McLaughlin
                         **Green, Miles, Lipton & Fitz-Gibbon LLP**
                         77 Pleasant Street
                         P.O. Box 210
                         Northampton, MA 01061
                         Telephone: (413) 586-0865
                         BBO No. 556328

## **CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 28th day of June, 2006, a copy of the foregoing was mailed first class to:

Peter Grant
6 Quail Ridge
Concord, NH 03301-8425

                                              /s/ John M. McLaughlin
                                              John M. McLaughlin, Esq.